No. 82–315. OREGON v. ROBERTI. Sup. Ct. Ore. Certiorari granted, judgment vacated, and case remanded for further con-

1206

sideration in light of *Berkemer* v. *McCarty*, *ante*, p. 420.